IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, GREGORY M. GOODMAN, | ) ) ) | |
| Plaintiff, | ) ) | Civil Case No.: 3:13-cv-00760 JUDGE TRAUGER |
| v. | ) ) | |
| ARRIVA MEDICAL, LLC, et al., | ) ) | **JURY TRIAL DEMAND** |
| Defendants. | ) ) | |

## JOINT STIPULATION OF DISMISSAL OF DEFENDANTS ARRIVA AND ALERE

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the False Claims Act, 31 U.S.C. §§ 3729, *et seq.*, and in accordance with the terms and conditions of the Settlement Agreement with Defendants Arriva Medical, LLC and Alere, Inc. (collectively, "Arriva and Alere"), in this case, the United States and Relator Gregory Goodman jointly stipulate to the dismissal of Arriva and Alere with prejudice from this action. A copy of the Settlement Agreement with Arriva and Alere is attached. *See* Ex. 1 (Settlement Agreement with Arriva and Alere). On August 5, 2021, under the terms of the Settlement Agreement, Arriva and Alere made their total settlement payment. This action remains pending against the remaining Defendants – Ted Albin and Grapevine – who have not been dismissed by the Court.

The Relator, on behalf of himself, his heirs, successors, attorneys, agents, and assigns, stipulates and agrees that the Settlement Agreement referenced above and the terms and conditions described therein are fair, adequate, and reasonable under all of the circumstances of this case, that he will not challenge the settlement pursuant to 31 U.S.C. § 3730(c)(2)(B), and that he expressly waives the opportunity for a hearing on any objection to the settlement under 31 U.S.C. § 3730(c)(2)(B).

Accordingly, subject to the terms of the Settlement Agreement, the United States and the Relator now stipulate to the entry of an order that (1) dismisses Arriva and Alere from the Amended Complaint in this action with prejudice as to all claims against Arriva and Alere; (2) provides that the Court retains jurisdiction over any disputes that may arise regarding the Settlement Agreement; and (3) provides that the Court retains jurisdiction over this action in so far as this case remains pending against Albin and Grapevine. A proposed order is attached.

                                          Respectfully submitted,

For the United States:                BRIAN BOYNTON
                                          Acting Assistant Attorney General

                                          MARY JANE STEWART
                                          Acting United States Attorney
                                          Middle District of Tennessee

                         By:     s/ Ellen Bowden McIntyre
                                          ELLEN BOWDEN MCINTYRE, BPR 023133
                                          Assistant United States Attorney
                                          110 9th Avenue South, Suite A-961
                                          Nashville, Tennessee 37203-3870
                                          Tel: (615) 736-2125
                                          Fax: (615) 401-6626
                                          ellen.bowden2@usdoj.gov

                         By:     s/ Jake M. Shields
                                          JAKE M. SHIELDS
                                          U.S. Department of Justice
                                          Civil Division, Fraud Section
                                          P.O. Box 261, Ben Franklin Station
                                          Washington, DC 20044
                                          Tel: (202) 514-9401
                                          Fax: (202) 514-0280
                                          jake.m.shields@usdoj.gov

| | | |
|---|---|---|
| For the Relator: | By: | s/ Jerry E. Martin |
| | | JERRY E. MARTIN |
| | | DAVID W. GARRISON |
| | | SETH MARCUS HYATT |
| | | SCOTT P. TIFT |
| | | Barrett Johnston Martin & Garrison, LLC |
| | | Bank of America Plaza |
| | | 414 Union Street |
| | | Suite 900 |
| | | Nashville, TN 37219 |
| | | dgarrison@barrettjohnston.com |
| | | jmartin@barrettjohnston.com |
| | | stift@barrettjohnston.com |
| | | shyatt@barrettjohnston.com |

3

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing is being served, by use of the Court's electronic case management system, on August 10, 2021, to the following:

| | |
|---|---|
| **David W. Garrison**<br>**Jerry E. Martin**<br>**Scott P. Tift**<br>**Seth Marcus Hyatt**<br>Barrett Johnston Martin & Garrison, LLC<br>Bank of America Plaza<br>414 Union Street<br>Suite 900<br>Nashville, TN 37219<br>Email: dgarrison@barrettjohnston.com<br>Email: jmartin@barrettjohnston.com<br>Email: stift@barrettjohnston.com<br>Email: shyatt@barrettjohnston.com | **James E. Barz**<br>Robbins Geller Rudman & Dowd LLP<br>(Chicago Office)<br>200 S Wacker Drive, 31st Floor<br>Chicago, IL 60606<br>Email: jbarz@rgrdlaw.com |
| **Andrew A. Kassof**<br>**Elizabeth S. Hess**<br>**Diana M. Watral**<br>**Daniel I. Siegfried**<br>Kirkland & Ellis, LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>Email: andrew.kassof@kirkland.com<br>Email: diana.watral@kirkland.com<br>Email: daniel.siegfried@kirkland.com<br>Email: elizabeth.hess@kirkland.com | **Matthew M. Curley**<br>**J. Taylor Chenery**<br>**Margaret Dodson**<br>Bass Berry & Sims PLC<br>150 Third Avenue South, Suite 2800<br>Nashville, TN 37201<br>Email: mcurley@bassberry.com<br>Email: tchenery@bassberry.com<br>Email: mdodson@bassberry.com |
| **Ty E. Howard**<br>**Charles F. Spainhour**<br>Bradley Arant Boult Cummings, LLP<br>1600 Division Street, Suite 700<br>Nashville, TN 37203<br>Email: thoward@bradley.com<br>Email: fspainhour@bradley.com | |

        s/ Ellen Bowden McIntyre
        ELLEN BOWDEN MCINTYRE
        Assistant United States Attorney