IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, ) | |
| GOODMAN, ) | |
| ) | |
| Plaintiff, ) | Civil Case No.: 3:13-cv-00760 |
| ) | JUDGE TRAUGER |
| v. ) | MAGISTRATE JUDGE HOLMES |
| ) | |
| TED ALBIN, *et al.*, ) | **JURY TRIAL DEMAND** |
| ) | |
| Defendants. ) | |

## JOINT MOTION TO EXTEND THE STAY FOR ALBIN AND GRAPEVINE

The United States and Defendants Ted Albin and Grapevine jointly move to extend the current stay of the case as to Albin and Grapevine from January 31, 2022 to March 2, 2022. The parties need the extra time to finalize their settlement agreement. A proposed order is attached.

Respectfully submitted,

For the United States:

BRIAN BOYNTON
Acting Assistant Attorney General

MARK H. WILDASIN
United States Attorney
Middle District of Tennessee

By: s/ Ellen Bowden McIntyre
ELLEN BOWDEN MCINTYRE, BPR 023133
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
Tel: (615) 736-2125
Fax: (615) 401-6626
Elllen.bowden2@usdoj.gov